UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **ANGUS CHEMICAL COMPANY** | **CIVIL ACTION NO. 12-1656** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **GLENDORA PLANTATION, INC.** | **MAG. JUDGE KAREN L. HAYES** |

### JUDGMENT

Pending before the Court is Defendant and Plaintiff-in-Counterclaim Glendora Plantation, Inc.'s ("Glendora") "Unopposed Motion to Certify Pursuant to Rule 54(b)" [Doc. No. 132]. Having considered the motion and having found, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay the appeal of the contested rulings given the parties' settlement of the remaining claims,

IT IS ORDERED, ADJUDGED, AND DECREED that Glendora's motion is GRANTED, and the following judgment and orders are certified as final and judgment is entered, pursuant to Rule 54(b):

(1) The November 13, 2013 Judgment [Doc. No. 87] granting the Motion for Partial Summary Judgment [Doc. No. 40] filed by Angus Chemical Company ("Angus") and denying the Motion for Partial Summary Judgment [Doc. No. 50] filed by Glendora;

(2) The November 20, 2013 Order [Doc. No. 88] denying the Appeal of the Magistrate Judge's Decision to the District Judge [Doc. No. 62] filed by Glendora; and

(3) The Magistrate Judge's April 22, 2013 Memorandum Order [Doc. No. 56] denying the Motion to compel First Supplemental Discovery Responses from Angus [Doc. No. 23] filed by Glendora.

MONROE, LOUISIANA, this 28th day of April, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE